Beth E. Terrell, CSB #178181
Email: bterrell@tmdlegal.com
TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue North
Seattle, Washington 98103
Telephone: 206.816.6603
Facsimile: 206.350.3528

Jeffrey B. Cereghino, Esq. – State Bar No. 099480
Email: jcereghino@merrillnomura.com
MERRILL, NOMURA & MOLINEUX LLP
350 Rose Street
Danville, CA 94526
Telephone: 925-833-1000
Facsimile: 925-833-1001

Additional Counsel Listed Below.

Attorneys for Plaintiffs, CARIN and EDWARD MILLIGAN, California residents, on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIN and EDWARD MILLIGAN, California residents, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation and TOYOTA MOTOR CORPORATION, a foreign corporation,<br><br>Defendants. | Case No. C09-05418<br><br>**ORDER REGARDING EXTENSION OF RESPONSE TIME TO SECOND AMENDED COMPLAINT** |

The parties have entered into a stipulation which, inter alia, seeks to extend the time for responsive pleading to the Second Amended Complaint, to twenty-one days after the filing date of the Second Amended Complaint.

**IT IS HEREBY ORDERED,** upon good cause being shown and in accordance with the

1

parties' stipulation, that all parties agree that Toyota Motor Sales, U.S.A., Inc.'s, a California corporation, and Toyota Motor Corporation's, a foreign corporation (collectively referred to herein as Toyota) responsive pleading is due twenty-one (21) days after the filing date of the Second Amended Complaint.

Dated  3/15/2010



_____
Honorable Vaughn R Walker
JUDGE UNITED STATES
DISTRICT COURT NORTHERN
DISTRICT