| | |
|---|---|
| 1 | Beth E. Terrell, CSB #178181 |
| 2 | Email: bterrell@tmdlegal.com<br>TERRELL MARSHALL & DAUDT PLLC |
| 3 | 3600 Fremont Avenue North<br>Seattle, Washington 98103 |
| 4 | Telephone: 206.816.6603 |
| 5 | Facsimile: 206.350.3528 |
| 6 | Jeffrey B. Cereghino, Esq. – State Bar No. 099480 |
| 7 | Email: jcereghino@merrillnomura.com<br>MERRILL, NOMURA & MOLINEUX LLP |
| 8 | 350 Rose Street<br>Danville, CA 94526 |
| 9 | Telephone: 925-833-1000<br>Facsimile: 925-833-1001 |
| 10 | |
| 11 | Additional Counsel Listed Below. |
| 12 | Attorneys for Plaintiffs, CARIN and EDWARD MILLIGAN, California residents, on behalf of themselves and all others similarly situated |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARIN and EDWARD MILLIGAN, California residents, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. C09-05418<br>**ORDER REGARDING EXTENSION OF RESPONSE TIME TO SECOND AMENDED COMPLAINT** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TOYOTA MOTOR SALES, U.S.A., INC., a California corporation and TOYOTA MOTOR CORPORATION, a foreign corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties have entered into a stipulation which, inter alia, seeks to extend the time for responsive pleading to the Second Amended Complaint, to twenty-one days after the filing date of the Second Amended Complaint.

**IT IS HEREBY ORDERED,** upon good cause being shown and in accordance with the

1

parties' stipulation, that all parties agree that Toyota Motor Sales, U.S.A., Inc.'s, a California corporation, and Toyota Motor Corporation's, a foreign corporation (collectively referred to herein as Toyota) responsive pleading is due twenty-one (21) days after the filing date of the Second Amended Complaint.

Dated  3/15/2010



Honorable Vaughn
JUDGE UNITED STATES
DISTRICT COURT NORTHERN
DISTRICT

2

Order Regarding Extension of Response Time to Second Amended Complaint