*E-Filed 7/7/10*

Michael F. Ram, CSB #104805
Email: mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Jeffrey B. Cereghino, Esq. – State Bar No. 099480
Email: jcereghino@merrillnomura.com
MERRILL, NOMURA & MOLINEUX LLP
350 Rose Street
Danville, CA 94526
Telephone: 925-833-1000
Facsimile: 925-833-1001

Additional Counsel Listed Below.

Attorneys for Plaintiffs, CARIN and EDWARD MILLIGAN, California residents, on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIN and EDWARD MILLIGAN, California residents, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation and TOYOTA MOTOR NORTH AMERICA, INC., a New York corporation,<br><br>Defendants. | Case No. C09-05418 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND MODIFYING BRIEFING SCHEDULE**<br><br>**CLASS ACTION** |

WHEREAS Plaintiffs filed a Second Amended Complaint on March 9, 2010;

WHEREAS Defendant filed a Motion to Dismiss Second Amended Complaint on March 30, 2010 with a hearing date of July 29, 2010; and

1

Stipulation and [Proposed] Order Rescheduling Hearing on Defendants' Motion to
Dismiss Second Amended Complaint and Modifying Briefing Schedule    C09-05418 RS

Dockets.Justia.com

WHEREAS the parties have agreed to explore the possibility of settling this matter and further agree that rescheduling the hearing on Defendant's Motion to Dismiss to September 30, 2010, from the present scheduled date of July 29, 2010, will allow the parties to further engage in settlement negotiations.

THEREFORE, the parties agree and stipulate as follows:

The briefing schedule and hearing date regarding Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint shall be modified as follows:

| | |
|---|---|
| Deadline for Plaintiffs' Response | September 9, 2010 |
| Deadline for Defendant's Reply | September 16, 2010 |
| Hearing | September 30, 2010 |

RESPECTFULLY SUBMITTED AND DATED this 6th day of July, 2010.

RAM & OLSON LLP
By: /s/ Michael F. Ram, CSB #104805
Email: mram@ramolson.com
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

MERRILL, NOMURA & MOLINEUX,
By: /s/ Jeffrey B. Cereghino, CSB: #099480
Email: jcereghino@merrillnomura.com
350 Rose Street
Danville, CA 94526
Telephone: 925-833-1000
Facsimile: 925-833-1001

TERRELL MARSHALL & DAUDT PLLC
By: /s/ Beth E. Terrell, CSB#178181
3600 Fremont Avenue North
Seattle, Washington 98103
Telephone: 206.816.6603
Facsimile: 206.350.3528

RUKIN HYLAND DORIA & TINDALL
By: /s/ Steven M. Tindall, CSB #187862
Email: steventindall@rhdtlaw.com
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

Attorneys for Plaintiffs

///

///

///

///

2

Stipulation and [Proposed] Order Rescheduling Hearing on Defendants' Motion to
Dismiss Second Amended Complaint and Modifying Briefing Schedule    C09-05418 RS

SHOOK HARDY & BACON LLP
By: /s/ Frank C. Rothrock, CSB#8181
Email: frothrock@shb.com
Douglas W. Robinson, CSB#54452
Email: dwrobinson@shb.com
Eva M. Weiler, CSB: 233942
Email: eweiler@shb.com
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: (949) 475-1500
Facsimile: (949) 475-1500

Attorneys for Defendants

# ORDER

Based on the foregoing stipulation of the parties and good cause appearing, therefore it is SO ORDERED that the briefing schedule and hearing date regarding Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint be modified as follows:

| | |
|---|---|
| Deadline for Plaintiffs' Response | September 9, 2010 |
| Deadline for Defendant's Reply | September 16, 2010 |
| Hearing | September 30, 2010 |

Dated: July 7, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

f:\toyota rav4\pleadings\stipulation re motion to dismiss 2nd amd comp.05-03-10.doc

3

Stipulation and [Proposed] Order Rescheduling Hearing on Defendants' Motion to
Dismiss Second Amended Complaint and Modifying Briefing Schedule          C09-05418 RS