*E-Filed 9/14/10*

1  Frank C. Rothrock (SBN: 54452)
   frothrock@shb.com
2  Douglas W. Robinson (SBN: 255909)
   dwrobinson@shb.com
3  M. Kevin Underhill (SBN: 208211)
   kunderhill@shb.com
4  Eva M. Weiler (SBN: 233942)
   eweiler@shb.com
5  SHOOK, HARDY & BACON, LLP
   5 Park Plaza, Suite 1600
6  Irvine, California 92614
   Telephone: (949) 475-1500
7  Facsimile: (949) 475-0016

8  Attorneys for Defendants
   Toyota Motor Sales, U.S.A., Inc.
9  and Toyota Motor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIN and EDWARD MILLIGAN, California residents, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; and TOYOTA MOTOR CORPORATION, a foreign corporation,<br><br>　　　　　Defendants. | Case No. C09-05418 ~~VRW~~  RS<br><br>Judge: Hon. Vaughn R. Walker<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE**<br><br>Complaint filed: November 17, 2009 |

　　　WHEREAS plaintiffs Carin and Edward Milligan (collectively "plaintiffs") filed a Second Amended Complaint on March 9, 2010;

　　　WHEREAS defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation (collectively "defendants") filed a Motion to Dismiss Second Amended Complaint on March 30, 2010, and subsequently stipulated, with this Court's

approval, to extend the hearing associated with that motion until September 30, 2010 to facilitate settlement negotiations;

WHEREAS the parties have participated in four mediation sessions before the Honorable Edward Wallin (Ret.) of JAMS, have agreed in principle on the terms of a settlement, and are in the process of finalizing the terms of a proposed class settlement agreement;

WHEREAS the parties anticipate seeking preliminary approval of the class action settlement within the next thirty days; and agree that the hearing on Defendants' Motion to Dismiss should be continued until the settlement approval process is complete.

THEREFORE, the parties agree and stipulate as follows:

The hearing on Defendants' Motion to Dismiss Second Amended Complaint, currently set for September 30, 2010, and the associated opposition and reply briefing, shall be continued until the settlement approval process is complete, at which time the parties shall advise this Court of the status of the case and settlement, and will reset the date for the hearing on Defendants' Motion to Dismiss, if necessary.

Dated: September 9, 2010    SHOOK, HARDY & BACON L.L.P.

By: /s/ Frank C. Rothrock
      Frank C. Rothrock

Attorneys for Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation

Dated: September 9, 2010    MERRILL, NOMURA & MOLINEUX L.L.P.

By: /s/ Jeffrey B. Cereghino
      Jeffrey B. Cereghino

Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Based on the foregoing stipulation of the parties and good cause appearing, it is therefore SO ORDERED that the hearing and associated briefing on Defendants' Motion to Dismiss Second Amended Complaint shall be continued until the settlement approval is complete, at which time the parties shall advise this Court of the status of the case and settlement, and reset the date for Defendants' Motion to Dismiss, if necessary.

IT IS SO ORDERED.

Dated: 9/14/10

_____
UNITED STATES DISTRICT JUDGE