*E-Filed 5/12/11*

1  Beth E. Terrell, CSB #178181
   Email: bterrell@tmdlegal.com
2  TERRELL MARSHALL & DAUDT PLLC
3  3600 Fremont Avenue North
   Seattle, Washington  98103
4  Telephone:  206.816.6603
   Facsimile:  206.350.3528

6  Jeffrey B. Cereghino, Esq. – State Bar No. 099480
   Email: jcereghino@merrillnomura.com
7  MERRILL, NOMURA & MOLINEUX LLP
   350 Rose Street
8  Danville, CA  94526
9  Telephone:  925-833-1000
   Facsimile:  925-833-1001

Additional Counsel Listed Below.

Attorneys for Plaintiffs, CARIN and EDWARD MILLIGAN, DAMASHATA WASHINGTON, California residents, on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIN and EDWARD MILLIGAN, DAMASHATA WASHINGTON, California residents, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation and TOYOTA MOTOR CORPORATION, a foreign corporation,<br><br>Defendants.<br>_____ | Case No. C09-05418<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: FILING OF CONDITIONAL THIRD AMENDED COMPLAINT** |

1

STIPULATION AND [~~PROPOSED~~ ORDER]

## I. STIPULATION

The parties in the above-captioned case hereby stipulate through their undersigned counsel as follows:

WHEREAS the parties have reached a settlement that provides relief for any person in the United States, including the Commonwealth of Puerto Rico, who purchased or leased RAV4 sport utility vehicles with automatic transmissions, model years 2001 to 2003, manufactured and sold by Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Corporation (herein collectively referred to as "Toyota").

WHEREAS Plaintiffs in the above-captioned matter wish to amend their Second Amended Complaint to reflect the nationwide class contemplated by the Settlement;

WHEREAS Toyota Defendants have reviewed Plaintiffs' proposed Conditional Third Amended Complaint, attached hereto as Exhibit A;

WHEREAS the parties agree that this stipulation is subject to revocation at any time in the event that: (i) the Court does not enter an order finally approving the Settlement ("Final Approval Order"); (ii) any such Final Approval Order does not become final for any reason; or (iii) the Settlement is terminated. Upon such revocation, the Second Amended Complaint filed on March 9, 2010 (Dkt. No. 27) shall again become the operative complaint for all purposes as if the proposed Third Amended Complaint had never been filed;

WHEREAS the parties agree that Toyota's time to respond to the Conditional Third Amended Complaint shall be stayed pending the settlement approval process;

NOW THEREFORE, the parties by and through their undersigned counsel, stipulate and agree that Plaintiffs should be granted leave to file the Conditional Third Amended Complaint.

IT IS SO STIPULATED.

Dated: March 31, 2011.

| | |
|---|---|
| TERRELL MARSHALL<br>   DAUDT & WILLIE PLLC | SHOOK, HARDY & BACON LLP |

By: /s/ Beth E. Terrell, CSB #178181
   Beth E. Terrell, CSB #178181
   Email: bterrell@tmdlegal.com
   936 North 34th Street, Suite 400
   Seattle, Washington 98103-8869
   Facsimile: (206) 350-3528

   Michael F. Ram, CSB #104805
   Email: mram@ramolson.com
   Jeffrey B. Cereghino, CSB #99480
   Email: jcereghino@ramolson.com
   RAM, OLSON, CEREGHINO
      & KOPCZYNSKI LLP
   555 Montgomery Street, Suite 820
   San Francisco, California 94111
   Telephone: (415) 433-4949
   Facsimile: (415) 433-7311

   Steven M. Tindall, CSB #187862
   Email: steventindall@rhdtlaw.com
   Angela Perone, CSB #245793
   Email: angelaperone@rhdtlaw.com
   RUKIN HYLAND DORIA
      & TINDALL
   100 Pine Street, Suite 725
   San Francisco, California 94111
   Telephone: (415) 421-1800
    Facsimile: (415) 421-1700

*Attorneys for Plaintiffs*
//

By: /s/ Eva M. Weiler, CSB #233942
   Frank C. Rothrock, CSB #54452
   Email: frothrock@shb.com
   Douglas W. Robinson, CSB #255909
   Email: dwrobinson@shb.com
   Eva M. Weiler, CSB #233942
   Email: eweiler@shb.com
   5 Park Plaza, Suite 1600
   Irvine, California 92614
   Telephone: (949) 475-1500
   Facsimile: (949) 475-0016

*Attorneys for Defendants*

## II. ORDER

Based on the foregoing stipulation of the parties and good cause appearing, therefore,

IT IS HEREBY ORDERED that Plaintiffs may file a Conditional Third Amended Complaint that substantially conforms to the proposed Conditional Third Amended Complaint attached hereto as Exhibit A.

DATED this __12th__ day of ~~April~~ May, 2011.

_____
THE HON. RICHARD G. SEEBORG