Michael F. Ram, CSB #104805
Email: mram@rocklawcal.com
Jeffrey Cereghino, CSB #099480
Email: jbc@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs and Plaintiff Class*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIN and GEORGE EDWIN MILLIGAN, California residents, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation and TOYOTA MOTOR NORTH AMERICA, INC., a New York corporation,<br><br>Defendant. | NO. C09-05418 RS<br><br>**DECLARATION OF BETH E. TERRELL IN SUPPORT OF MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND INCENTIVE PAYMENTS TO CLASS REPRESENTATIVES**<br><br>Date:     December 1, 2011<br>Time:    1:30 p.m.<br>Place:    Courtroom 3, 17th Floor<br>Before:  Hon. Richard Seeborg<br><br><u>CLASS ACTION</u> |

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND INCENTIVE
PAYMENTS TO CLASS REPRESENTATIVES - 1
CASE NO. C09-05418 RS

I, Beth E. Terrell, declare as follows:

1. I am a member of Terrell Marshall Daudt & Willie PLLC ("TMDW"), co-counsel for Plaintiffs and proposed class members in this matter. I am a member in good standing of the bars of the States of Washington and California. I respectfully submit this declaration in support of Plaintiffs' motion for final approval of class action settlement and plaintiffs' counsels' motion for award of attorneys' fees, costs and expenses of the above-captioned class action. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. TMDW is a law firm in Seattle, Washington, that focuses on complex civil and commercial litigation with an emphasis on consumer protection, product liability, employment, real estate, and personal injury matters. The attorneys of TMDW have extensive experience in class actions, collective actions, and other complex matters. They have been appointed lead or co-lead class counsel in numerous cases at both the state and federal level. They have prosecuted and defended numerous multi-million-dollar disputes involving consumer fraud, product defect, and wage and hour issues. The defendants in these cases have included Fortune 100 and 500 companies such as Walmart, Microsoft, Best Buy, Toyota, Honda, General Motors, Olympus, Sallie Mae, Comcast, Bank of America, U.S. Bank, Wells Fargo, AT&T, T-Mobile, and Weyerhaeuser.

3. A founding member of TMDW, I concentrate my practice in complex litigation, including the prosecution of consumer fraud, defective product, and wage and hour class actions. I have served as co-lead counsel on numerous multi-state and nationwide class actions. I also handle a variety of employment issues including employment discrimination, restrictive covenant litigation, and pre-litigation counseling and advice. I received a B.A., magna cum laude, from Gonzaga University in 1990. In 1995, I received my J.D. from the University of California, Davis School of Law, Order of the Coif. Prior to forming TMD (the predecessor

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND INCENTIVE
PAYMENTS TO CLASS REPRESENTATIVES - 2
CASE NO. C09-05418 RS

1  firm to TMDW) in May 2008, I was a member of Tousley Brain Stephens PLLC. I have
2  litigated numerous consumer class actions involving California consumer laws (including cases
3  in state and federal court in California) and have been admitted to practice in California since
4  graduating from law school. I frequently speak at CLEs on a wide variety of topics, including
5  employment litigation, class actions, securities litigation, and electronic discovery. I have been
6  awarded an "AV" rating in Martindale Hubbell by my peers, a rating denoting the highest legal
7  ability and ethical standards and have been recognized by Washington Law & Politics
8  magazine as a "Super Lawyer."

9    4.    Jennifer Rust Murray is also a founding member of Terrell Marshall Daudt &
10 Willie PLLC. Ms. Murray graduated from the University of Washington School of Law in
11 2005 where she was a member of the Washington Law Review. Her law review article entitled
12 "Proving Cause in Fact under Washington's Consumer Protection Act: The Case for a
13 Rebuttable Presumption of Reliance" won the Carkeek prize for best submission by a student
14 author. Prior to law school, Ms. Murray earned her Ph.D. in Philosophy from Emory
15 University. Ms. Murray has been an active member of the Washington State Bar Association
16 since her admission to the bar in 2005. In 2010, Ms. Murray was admitted to the Oregon State
17 Bar. In 2011, Ms. Murray was named a Washington "Rising Star" by SuperLawyer Magazine.
18 Ms. Murray focuses her practice on complex commercial litigation with an emphasis on
19 consumer and employment issues and has been involved in virtually all of the class and
20 collective actions prosecuted by the firm.

21    5.    Kimberlee L. Gunning is a member of Terrell Marshall Daudt & Willie PLLC.
22 Ms. Gunning received her B.A., magna cum laude and Phi Beta Kappa, from Macalester
23 College in 1991, an M.A. from Rutgers, The State University of New Jersey, in 1998 and
24 graduated from the University of Washington School of Law in 2004. Before joining the firm,
25 Ms. Gunning had a solo practice focused on consumer class actions, employment law and

26 DECLARATION OF BETH E. TERRELL IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND INCENTIVE
PAYMENTS TO CLASS REPRESENTATIVES - 3
CASE NO. C09-05418 RS

appeals in all areas of civil and administrative law and was also an associate at Tousley Brain Stephens for 4 years. Ms. Gunning has extensive experience in complex civil litigation and has represented plaintiffs in several consumer class actions, including *Spafford v. EchoStar*; *Hartman, et al. v. Comcast*; *Boucher v. First American Title*; *Vernon, et al. v. Qwest*, *Grosvenor v. Qwest*, and *Godoy v. AT&T Wireless*.

6. TMDW is currently litigating or has recently settled the following cases involving consumer fraud:

- *Cooper, et al. v. American Honda Motor Co., Inc.,* filed in 2010 on behalf of owners of 2006–2010 Honda Civics containing defective visors that cause them to split and hang in the face of drivers and passengers.

- *Mlejnecky v. Olympus Imaging Am. Inc.*, filed in 2010 on behalf of owners of cameras containing defects that cause the cameras to fail or malfunction when underwater or when dropped, despite Olympus's representations that the cameras were waterproof and shockproof.

- *Brown v. U.S. Bank, N.A.,* filed in 2010 on behalf of Washington consumers who incurred overdraft fees on debit card transactions as a result of U.S. Bank's practice of re-sequencing transactions from highest to lowest.

- *Kitec Consolidated Cases,* in which TMD serves as co-counsel in a national class action lawsuit against the manufacturers of defective hydronic heating and plumbing systems.

- *Seraphin v. AT&T Internet Services, Inc., et al.* is a multi-state class action filed in 2009 on behalf of AT&T internet customers who paid $20 a month or less for internet service and were assessed and Early Termination Fee ("ETF") when they cancelled service.

- *Qwest Price for Life and ETF Class Actions,* filed on behalf of consumers whose rates for high speed internet service were increased despite a "Price for Life" contract agreement, or who were charged an Early Termination Fee ("ETF") for cancelling their high speed internet service prior to the end of their term commitment, even if they did not knowingly agree to a term commitment and were not told about the ETF prior to cancelling service.

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND INCENTIVE
PAYMENTS TO CLASS REPRESENTATIVES - 4
CASE NO. C09-05418 RS

- *In re General Motors OnStar Litigation,* a consolidated group of lawsuits consumers brought against multiple auto manufacturers due to the failure of analog OnStar equipment in their vehicles and the resulting termination of OnStar service.

- *First American Title Insurance* overcharge cases, filed on behalf of consumers in Idaho and Washington who allege that First American Title overcharged them for title insurance premiums involving residential refinance transactions.

- *Scott et al. v. United States Automobile Association et al.*, filed in 2011 on behalf of insureds who allege Defendants engaged in insurance fraud and bad faith.

7. TMDW is currently litigating the following cases involving mortgage fraud and/or illegal debt adjusting schemes:

- *Smith v. Legal Helpers Debt Resolution LLC*, in which defendants allegedly engaged in a coordinated scheme to enrich themselves at the expense of indebted Washington consumers who have unsecured debts.

- *Brown v. Consumer Law Associates LLC*, is another case in which defendants allegedly designed and implemented a uniform scheme to evade fee restrictions and other consumer protections.

- *Bronzich et al. v. Persels & Associates, LLC*, filed in 2010, defendants allegedly are co-conspirators that aided and abetted one another in carrying out unfair and deceptive business practices.

- *Callow v. CDS Client Services, Inc. et al.,* where defendant allegedly is engaged in the business of debt adjusting and charging excessive fees.

8. The total number of hours expended on this litigation by TMDW is 462.3 hours. The total lodestar for TMDW through September 6, 2011, calculated at the billing rates charged in similar cases is $192,953.50. The following table lists the TMDW attorneys and professional personnel and summarizes their work on the case that is included in the lodestar figure for TMDW, as well as the current hourly rates. The hourly rate shown for any attorney or paralegal who is no longer employed with TMDW reflects the last rate that applied at the time of their employment:

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND INCENTIVE
PAYMENTS TO CLASS REPRESENTATIVES - 5
CASE NO. C09-05418 RS

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| **Beth E. Terrell**<br>Partner at Terrell Marshall Daudt & Willie PLLC<br><br>J.D. from Univ. of California, Davis School of Law, Order of the Coif, 1995 | Investigated factual allegations and potential claims; analyzed various legal and factual issues; worked on complaint; worked on case strategy; worked on pleadings and correspondence; prepared for and attended mediation; worked on expert issues; worked on discovery matters; worked on settlement issues; worked on motion for preliminary approval; worked on fee mediation issues; worked on notice issues; emails and telephone conferences with class members; worked on briefing regarding final approval and petition for attorneys' fees and expenses. | $600 | 210.4 | $126,240.00 |
| **Jennifer Rust Murray**<br>Partner at Terrell Marshall Daudt & Willie PLLC<br><br>J.D. from Univ. of Washington School of Law, 2005 | Investigated claims; analyzed legal and factual issues; worked on complaint; worked on discovery matters; drafted motions and pleadings; responded to class member calls; reviewed documents produced by Defendant; worked on settlement issues; worked on preliminary and final approval papers. | $450 | 45 | $20,250.00 |
| **Kimberlee L. Gunning**<br>Partner at Terrell Marshall Daudt & Willie PLLC<br><br>J.D. from Univ. of Washington School of Law, 2004 | Drafted motions and pleadings; damage analysis; analyzed legal and factual issues. | $450 | 15.8 | $7,110.00 |
| **LAW CLERKS** | | | | |
| **Blythe Chandler**<br>Law Clerk at Terrell Marshall Daudt & Willie PLLC<br><br>J.D. from University of Washington School of Law, 2009 | Drafted motions and pleadings. | $265 | 3.4 | $901.00 |

DECLARATION OF BETH E. TERRELL IN SUPPORT OF MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND INCENTIVE PAYMENTS TO CLASS REPRESENTATIVES - 6
CASE NO. C09-05418 RS

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| **PARALEGALS** | | | | |
| **Jennifer J. Boschen**<br>Paralegal at Terrell Marshall Daudt & Willie PLLC from May 2008 – January 2009 & March 2010 - present.<br>BA from Rutgers University, 1998. | Researched settlements in related cases for mediation. | $250 | 4.1 | $1,025.00 |
| **Eden B. Nordby**<br>Paralegal at Terrell Marshall Daudt & Willie PLLC since June 2008<br>BA. Sarah Lawrence College, 2005. | Worked on pleadings and correspondence; worked on court filings; investigated claims; responded to class member calls; updated call log; analyzed data regarding warranty claims. | $225 | 114.3 | $25,717.50 |
| **Bradford Kinsey**<br>Paralegal at Terrell Marshall Daudt & Willie PLLC since October 2009.<br>AA as a legal assistant from Edmonds Community College, 1989.<br>21 years of experience working in civil litigation representing both plaintiffs and defendants. | Worked on pleadings, memoranda and correspondence; investigated factual allegations; worked on court filings; served pleadings; worked on discovery requests; researched various legal and factual issues. | $200 | 47.8 | $9,560.00 |

DECLARATION OF BETH E. TERRELL IN SUPPORT OF MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND INCENTIVE PAYMENTS TO CLASS REPRESENTATIVES - 7
CASE NO. C09-05418 RS

| NAME AND POSITION | DESCRIPTION OF WORK PERFORMED | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|---|
| **Kait Heacock**<br>Legal Assistant at Terrell Marshall Daudt & Willie PLLC from December 2008 – present.<br>BA from Seattle Pacific University, 2009 | Created class member database; worked on pleadings, memoranda and correspondence; worked on court filings. | $100 | 21.5 | $2,150.00 |
| **TOTAL:** | | | 462.3 | $192,953.50 |

9. Based on my professional experience, I expect that attorneys and staff at TMDW will devote approximately well over 100 additional hours answering calls from class members, responding to objections, and attending the final approval hearing.

10. TMDW sets its rates for attorneys and staff members based on a variety of factors, including among others: the experience, skill and sophistication required for the types of legal services typically performed; the rates customarily charged in similar matters; and the experience, reputation and ability of the attorneys and staff members. The schedule contained in paragraph 8 was prepared from contemporaneous, daily time records regularly prepared and maintained by the firm in the regular course of business.

11. I was the attorney primarily responsible for reviewing the work of all other attorneys, law clerks, paralegals, and document clerks listed in the schedule set forth in paragraph 8. I supervised all work to avoid duplication of effort and to encourage efficiency. I reviewed the billing records and reduced or eliminated time where necessary. The work performed by the law clerks, paralegals, and document clerks was work that required sufficient knowledge of legal concepts and that I or another attorney would have had to perform absent such assistance. The paralegals and document clerks identified were all qualified to perform

substantive legal work based on their training and past experience working for attorneys, including attorneys outside of TMDW's offices.

12. A sample of the federal and state courts since 2008 that have approved TMDW's standard billing rates and reimbursement of costs as reasonable are:

- July 2009, in *Barnett, et al. v. Wal-Mart Stores, Inc.*, Case No. 01-2-24553-8 SEA (Wash. Sup. Ct. King County);

- September 2010, in *Odom v. Microsoft Corp.*, Case No. 04-2-10618-4 SEA (Wash. Sup. Ct. King County);

- July 2009, in *Splater v. Thermal Ease Hydronic Systems, Inc.*, Case No. 03-2-33553-3 SEA (Wash. Sup. Ct. King County);

- December 2010, in *Carideo v. Dell Inc.*, No. CV-01772-JLR (W.D. Wash.); and

- May 2011, in *Fine v. T-Mobile USA, Inc.*, No. CV-00973-TSZ (W.D. Wash.).

- August 2011, in *Seraphin v. AT&T Internet Svcs.* CV-00131-REB (D. Idaho).

16. The $3,718.86 in expenses and cost liabilities TMDW reasonably incurred in the prosecution of this matter are set forth in the table attached hereto as <u>Exhibit A</u>.

17. TMDW undertook this case entirely on a contingency basis, meaning that if Plaintiffs did not achieve a settlement or succeed at trial, the firm would not have recovered any of the costs incurred in litigating this action and would not have been paid anything for the 462.3 hours it has devoted to the litigation. Because my firm is small, our work on this case has affected my ability to accept and devote time to other potentially profitable work.

18. Based on my professional experience, and taking into consideration the risks of continued litigation versus the certain and substantial relief afforded by the settlement, it is my opinion that the settlement is fair, adequate and reasonable, and in the best interests of the settlement class, and merits approval. Because this is not a common fund settlement and because there is no limit on the amount of claims paid, each eligible class member is

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND INCENTIVE
PAYMENTS TO CLASS REPRESENTATIVES - 9
CASE NO. C09-05418 RS

1 | guaranteed to receive the full amount of his or her claim.  It is also my view that, in light of the
2 | time and costs expended by Class Counsel, the legal standards governing the award of fees and
3 | costs in class actions, and the results obtained, the fees and costs requested by Class Counsel
4 | are modest, and well-warranted.  I wholly support the settlement.
5 |     I declare under penalty of perjury under the laws of the United States that the foregoing
6 | is true and correct.
7 |     EXECUTED at Seattle, Washington this 6th day of September, 2011.

      /s/ Beth E. Terrell, CSB 178181
      Beth E. Terrell, CSB 178181

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND INCENTIVE
PAYMENTS TO CLASS REPRESENTATIVES - 10
CASE NO. C09-05418 RS

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on September 6, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Frank C. Rothrock
> Email: frothrock@shb.com
> Douglas W. Robinson
> Email: dwrobinson@shb.com
> Eva M. Weiler
> Email: eweiler@shb.com
> SHOOK, HARDY & BACON LLP
> 5 Park Plaza, Suite 1600
> Irvine, California 92614
> Telephone: (949) 475-1500
> Facsimile: (949) 475-0016
>
> Robert Thomas Adams, *Admitted Pro Hac Vice*
> Email: rtadams@shb.com
> SHOOK, HARDY & BACON LLP
> 2555 Grand Boulevard
> Kansas City, Missouri 64108
> Telephone: (816) 474-6550
> Facsimile: (816) 421-5547

*Attorneys for Defendants*

DATED this 6th day of September, 2011.

> TERRELL MARSHALL DAUDT & WILLIE PLLC
>
> By: /s/ Beth E. Terrell, CSB #178181
>     Beth E. Terrell, CSB #178181
>     Email: bterrell@tmdwlaw.com
>     936 North 34th Street, Suite 400
>     Seattle, Washington 98103-8869
>     Telephone: (206) 816-6603
>     Facsimile: (206) 350-3528

*Attorneys for Plaintiffs*

DECLARATION OF BETH E. TERRELL IN SUPPORT OF
MOTION FOR FINAL APPROVAL OF PROPOSED CLASS
ACTION SETTLEMENT AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES AND INCENTIVE
PAYMENTS TO CLASS REPRESENTATIVES - 11
CASE NO. C09-05418 RS

— **EXHIBIT A** —

## TERRELL MARSHALL DAUDT & WILLIE PLLC

*Milligan et al. v. Toyota Motor Sales, U.S.A.*
United States Federal District Court,
Northern District of California (C09-05418)

**COSTS**

| | |
|---|---:|
| Computer Research  (Westlaw, Pacer) | $2,239.99 |
| Hotel | $281.63 |
| Meals | $25.09 |
| Reproductions (Scanning and copying) | $70.15 |
| Travel (Airfare, Taxi, Parking) | $1,102.00 |
| **Total** | **$3,718.86** |