Michael F. Ram (SBN 104805)
mram@rocklawcal.com
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

*Attorney for the Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIN and EDWARD MILLIGAN, California residents, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; and TOYOTA MOTOR CORPORATION, a foreign corporation,<br><br>Defendants. | NO. C09-05418 RS<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL F. RAM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE PAYMENTS TO CLASS REPRESENTATIVES**<br><br>Date:  December 1, 2011<br>Time:  1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>       [Hon. Richard Seeborg]<br><br>CLASS ACTION |

I, Michael F. Ram, declare as follows:

1. I am a partner with Ram, Olson, Cereghino & Kopczynski LLP ("ROCK"), one of the law firms representing the Plaintiff Class in this case. I submit this Declaration in Support of Plaintiffs' Motion for Final Approval of the Class Settlement and in Support of Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses.

2. I am a member of good standing of the California State Bar. I have personal knowledge of the facts included in this Declaration.

1        3.      Since my last declaration filed on September 7, 2011 in Support of Plaintiffs' Motion for Final Approval (Doc. 61), Ram, Olson, Cereghino & Kopczynski has spent a total of 6.70 additional hours on the case. When added to the time ROCK spent previously, ROCK has spent a total of 243.53 hours on the litigation. At ROCK's hourly rates, our firm has now incurred a lodestar of $182,645. Attached as Exhibit A is ROCK's monthly report of time and lodestar for this case. This report identifies for each month of the litigation a description of the tasks performed that month, the amount of time spent on the tasks, the personnel who performed the tasks, and the lodestar incurred in performing the tasks (using ROCK's hourly rates).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2011 in San Francisco, California.

  _/s/ Michael F. Ram_
Michael F. Ram

Case No. C09-05418 RS –SUPPLEMENTAL DECLARATION OF MICHAEL F. RAM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE PAYMENTS TO CLASS REPRESENTATIVES       2