Michael F. Ram, SBN 104805
Email: mram@rocklawcal.com
Jeffrey B. Cereghino, SBN 99480
Email: jbc@rocklawcal.com
RAM, OLSON, CEREGHINO
  & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: 415-433-4949
Facsimile: 415-433-7311

Beth E. Terrell, SBN 178181
Email: bterrell@tmdwlaw.com
TERRELL, MARSHALL DAUDT
  & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: 206-816-6603
Facsimile: 206-350-3528

*Attorneys for the Plaintiff Class*

**UNITED STATES DISTRICT COURT**

**FOR THER NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARIN and GEORGE EDWIN MILLIGAN, California residents, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; and TOYOTA MOTOR CORPORATION, a foreign corporation,<br><br>  Defendants. | No. C09-05418 RS<br><br>**DECLARATION OF EDEN B. NORDBY IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF RE FINAL APPROVAL OF CLASS SETTLEMENT, ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES** |

I, Eden B. Nordby, declare as follows:

1.      I am a paralegal at Terrell Marshall Daudt & Willie PLLC ("TMDW"), co-counsel for Plaintiffs in the above-captioned matter. I make the following declaration based on personal knowledge and am competent to testify to the facts set forth below.

Case No. C 09-05418 RS – DECLARATION OF EDEN B. NORDBY IN SUPPORT OF
JOINT SUPPLEMENTAL BRIEF RE FINAL APPROVAL OF CLASS SETTLEMENT,
ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES

1

2. I have worked at TMDW as a paralegal since June 2008. Prior to my employment at TMDW, I worked as a legal assistant at Tousley Brain Stephens PLLC for two and a half years. I graduated from Sarah Lawrence College in 2005 with a bachelor's degree in liberal arts.

3. Since the commencement of this litigation I have been our firm's primary contact person for potential class members regarding this lawsuit. I have spoken to hundreds of potential class members regarding the alleged defects in model year 2001 – 2003 Toyota RAV4s. We have also received numerous emails and letters from class members. I have been primarily responsible for responding to emails and letters.

4. Prior to the settlement we regularly received calls from consumers who were experiencing the harsh shift condition on their RAV4s. Many of them wanted to be included in the class action lawsuit. I created and maintained a class member database in which I logged the name, address, phone number and notes regarding each person who contacted Plaintiffs' counsel regarding this lawsuit. I was responsible for maintaining this list for all of Plaintiffs' counsel's firms. This list was used by the claims administrator to mail Notice to these class members to ensure that anyone who contacted us received Notice, in case they were not included in Toyota's customer records.

5. Since the Notice mailing, we have received several hundred calls, emails, and letters regarding the settlement terms, claims process, appeals process and the enhanced warranty. As soon as the Notice was mailed we received calls from class members who had already been denied reimbursement for their repair costs after they submitted paperwork to Toyota's warranty claims department following the CARB Notice. These people were immediately interested in filing new claims or appeals under the terms of our settlement.

6. During calls with class members I answer their questions and explain the class member benefits of the lawsuit, such as the enhanced warranty, the reimbursement for prior repairs and the appeals process. I explain how to download the forms, the type of documentation that is necessary to file a claim for reimbursement and where to mail it in. I suggest where to obtain additional documentation, if necessary. I also offer helpful advice, such as make copies of

Case No. C 09-05418 RS – DECLARATION OF EDEN B. NORDBY IN SUPPORT OF
JOINT SUPPLEMENTAL BRIEF RE FINAL APPROVAL OF CLASS SETTLEMENT,
ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES

2

your paperwork for yourself and send the claim packet certified mail so you have a tracking number and can verify its delivery.

7. During calls I explain the limitations of the enhanced warranty and how to seek repair from a Toyota dealer if their vehicle is within the warranty limits. A few times, I have had to suggest that class members seek out other dealerships in their area to find one that is familiar with the RAV4 issue, familiar with the settlement and/or the enhanced warranty, and is willing to make the repairs, if the dealership they have gone to is refusing to do so. There is a great deal of discrepancy in the response from dealers regarding this repair issue. Often the people I speak with are confused because they have received conflicting information from the dealership and the Notice.

8. At this point we are still receiving several calls per day regarding the settlement, the outcome of the final approval hearing, the claims process, and the appeals process. I also estimate that we receive several emails per week regarding the same issues.

9. Since the Notice mailing, we've received 37 letters from class members regarding the settlement, not including objections or exclusion requests.

10. To date, we have received 39 appeal forms and letters requesting an appeal from class members who have been denied reimbursement or repair by Toyota.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct.

Executed this 22nd day of December, 2011 at Seattle, Washington.

By: _____
    Eden B. Nordby

Case No. C 09-05418 RS – DECLARATION OF EDEN B. NORDBY IN SUPPORT OF JOINT SUPPLEMENTAL BRIEF RE FINAL APPROVAL OF CLASS SETTLEMENT, ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES

3