Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

Jeffrey B. Cereghino, CSB #099480
Email: jcereghino@merrillnomura.com
MERRILL, NOMURA & MOLINEUX LLP
350 Rose Street
Danville, California 94526
Telephone: (925) 833-1000
Facsimile: (925) 833-1001

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs and Plaintiff Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIN and GEORGE EDWIN MILLIGAN, California residents, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation and TOYOTA MOTOR NORTH AMERICA, INC., a New York corporation,<br><br>Defendant. | NO. C09-05418 RS<br><br>[~~PROPOS~~ED] ORDER OF FINAL JUDGMENT AND DISMISSAL<br><br>**(Clerk's Action Required)**<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER OF FINAL JUDGMENT AND
DISMISSAL - 1
CASE NO. C09-05418 RS

WHEREAS, on January 6, 2012, the Court entered an Order Granting Final Approval of Class Action Settlement and Granting Award of Attorneys' Fees, Costs, and Incentive Payments to Class Representatives (Dkt. 80), which Order is incorporated herein by reference;

WHEREAS, the Settlement Agreement requires that the Court enter certain findings;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Court has jurisdiction over the subject matter of this action, all members of the Settlement Class and Defendant;

2. The proposed Class meets Rule 23's requirements and certification is appropriate for settlement purposes only. Pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), the Court has certified, for settlement purposes only, the following class:

> All persons in the United States, including the Commonwealth of Puerto Rico, who currently own or lease or who previously owned or leased a model-year 2001-2003 Toyota RAV4 vehicle with automatic transmissions ("Class Vehicle"). Excluded from the Settlement Class are the following: a) officers and directors of Toyota (as defined below) b) the Judge to whom this case is assigned and any member of the Judge's immediate family; and c) persons who have submitted a timely and valid request for exclusion from the Settlement Class;

3. The Named Plaintiffs and Class Counsel have fairly and adequately represented the interests of the Settlement Class Members at all times in this case and in the related action of *Washington v. Toyota Motor Sales USA, Inc.*;

4. The proposed Class Settlement is the result of arm's length negotiations and is fair, reasonable, and adequate;

5. The form and manner of disseminating class Notice as set forth in this Settlement Agreement and ordered by the Court was accomplished as directed, constituted the best practicable notice under the circumstances, met or exceeded the requirements of due process, and constituted due and sufficient notice to all members of the Settlement Class;

6. The Parties shall effectuate the terms of the Settlement Agreement;

[PROPOSED] ORDER OF FINAL JUDGMENT AND
DISMISSAL - 2
CASE NO. C09-05418 RS

7.  Toyota, as defined in the Settlement Agreement, is hereby released and otherwise discharged from all further liability for the Released Claims to Settlement Class members;

8.  Each of the Settlement Class members and any of their predecessors, successors, representatives, parent companies, subsidiaries, affiliates, heirs, executors, administrators, attorneys, successors, and assignees, are permanently barred from instituting, filing, commencing, prosecuting, maintaining, continuing to prosecute, directly or indirectly, as an individual or collectively, representatively, derivatively, or on behalf of them, or in any other capacity of any kind whatsoever, any action in any state or federal court or any other tribunal, forum, or proceeding of any kind, against Toyota that asserts any of the Released Claims;

9.  This Litigation is DISMISSED WITH PREJUDICE and without costs to any Party, other than as specified in the Settlement Agreement and this Order;

10.  This Judgment is the Final Judgment in the suit as to all Class Member Released Claims.

11.  Without affecting the finality of this Judgment in any way, this Court retains jurisdiction over: (a) implementation of the Settlement and the terms of the Settlement Agreement; (b) distribution of the Class Settlement Amount, the Class Representative Incentive Awards, and the Attorneys' Fees and Costs Amount; and (c) all other proceedings related to the implementation, interpretation, administration, consummation, and enforcement of the terms of the Settlement Agreement and/or the Settlement, and the administration of Claims by Settlement Class Members.

12.  This Court finds that there is no just reason for delay and expressly directs Judgment and immediate entry by the Clerk of the Court.

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** |
| 2 | DATED this __2nd__ day of __February__, 2012. |
| 3 | |
| 4 | |
| 5 | _____ |
| 6 | UNITED STATES DISTRICT JUDGE |
| 7 | |
| 8 | Presented by: |
| 9 | TERRELL MARSHALL DAUDT & WILLIE PLLC |
| 10 | |
| 11 | By: /s/ Beth E. Terrell, CSB #178181 |
| |     Beth E. Terrell, CSB #178181 |
| 12 |     Email: bterrell@tmdwlaw.com |
| |     936 North 34th Street, Suite 400 |
| 13 |     Seattle, Washington 98103-8869 |
| |     Telephone: (206) 816-6603 |
| 14 |     Facsimile: (206) 350-3528 |
| 15 |     Michael F. Ram, CSB #104805 |
| |     Jeffrey B. Cereghino, CSB #99480 |
| 16 |     Email: mram@raocklaw.com |
| 17 |     RAM OLSON CEREGHINO & KOPCZYNSKI LLP |
| |     555 Montgomery Street, Suite 820 |
| 18 |     San Francisco, California 94111 |
| |     Telephone: (415) 433-4949 |
| 19 |     Facsimile: (415) 433-7311 |
| 20 |     Steven M. Tindall, CSB #187862 |
| 21 |     Email: steventindall@rhdtlaw.com |
| |     Angela Perone, CSB #245793 |
| 22 |     Email: angelaperone@rhdtlaw.com |
| |     RUKIN HYLAND DORIA & TINDALL |
| 23 |     100 Pine Street, Suite 725 |
| 24 |     San Francisco, California 94111 |
| |     Telephone: (415) 421-1800 |
| 25 |     Facsimile: (415) 421-1700 |
| 26 | |

[PROPOSED] ORDER OF FINAL JUDGMENT AND
DISMISSAL - 4
CASE NO. C09-05418 RS

1  Jennie L. Anderson, CSB #203586
   Email: jennie@andrusanderson.com
2  ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
3  San Francisco, California  94104
   Telephone:  (415) 986-1400
4  Facsimile:  (415) 986-1474

5  *Attorneys for Plaintiffs and Plaintiff Class*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER OF FINAL JUDGMENT AND
DISMISSAL - 5
CASE NO. C09-05418 RS

# CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on February 2, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Frank C. Rothrock
> Email: frothrock@shb.com
> Douglas W. Robinson
> Email: dwrobinson@shb.com
> Eva M. Weiler
> Email: eweiler@shb.com
> SHOOK, HARDY & BACON LLP
> 5 Park Plaza, Suite 1600
> Irvine, California 92614
> Telephone: (949) 475-1500
> Facsimile: (949) 475-0016
>
> Robert Thomas Adams, *Admitted Pro Hac Vice*
> Email: rtadams@shb.com
> SHOOK, HARDY & BACON LLP
> 2555 Grand Boulevard
> Kansas City, Missouri 64108
> Telephone: (816) 474-6550
> Facsimile: (816) 421-5547
>
> *Attorneys for Defendants*

DATED this 2nd day of February, 2012.

> TERRELL MARSHALL DAUDT & WILLIE PLLC
>
> By: /s/ Beth E. Terrell, CSB #178181
> Beth E. Terrell, CSB #178181
> Email: bterrell@tmdwlaw.com
> 936 North 34th Street, Suite 400
> Seattle, Washington 98103-8869
> Telephone: (206) 816-6603
> Facsimile: (206) 350-3528
>
> *Attorneys for Plaintiffs*

[PROPOSED] ORDER OF FINAL JUDGMENT AND
DISMISSAL - 6
CASE NO. C09-05418 RS