1
2
3
4
5

Beth E. Terrell, CSB #178181
Email: bterrell@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

6
7
8
9

Jeffrey B. Cereghino, CSB #099480
Email:  jcereghino@merrillnomura.com
MERRILL, NOMURA & MOLINEUX LLP
350 Rose Street
Danville, California  94526
Telephone:  (925) 833-1000
Facsimile:  (925) 833-1001

10
11

[Additional counsel appear on signature page]

12

*Attorneys for Plaintiffs and Plaintiff Class*

13
14
15

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

16
17
18
19
20
21
22
23
24

| | |
|---|---|
| CARIN and GEORGE EDWIN MILLIGAN, California residents, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation and TOYOTA MOTOR NORTH AMERICA, INC., a New York corporation,<br><br>Defendant. | NO.  C09-05418 RS<br><br>[~~PROPOSED~~] **ORDER OF FINAL JUDGMENT AND DISMISSAL**<br><br>**(Clerk's Action Required)**<br><br><u>CLASS ACTION</u> |

25
26

1   WHEREAS, on January 6, 2012, the Court entered an Order Granting Final Approval of

2   Class Action Settlement and Granting Award of Attorneys' Fees, Costs, and Incentive

3   Payments to Class Representatives (Dkt. 80), which Order is incorporated herein by reference;

4   WHEREAS, the Settlement Agreement requires that the Court enter certain findings;

5   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

6   1.   The Court has jurisdiction over the subject matter of this action, all members of

7   the Settlement Class and Defendant;

8   2.   The proposed Class meets Rule 23's requirements and certification is

9   appropriate for settlement purposes only.  Pursuant to Federal Rules of Civil Procedure 23(a)

10   and 23(b)(3), the Court has certified, for settlement purposes only, the following class:

11
12   All persons in the United States, including the Commonwealth of
      Puerto Rico, who currently own or lease or who previously owned
13   or leased a model-year 2001-2003 Toyota RAV4 vehicle with
      automatic transmissions ("Class Vehicle").  Excluded from the
14   Settlement Class are the following: a) officers and directors of
      Toyota (as defined below) b) the Judge to whom this case is
15   assigned and any member of the Judge's immediate family; and c)
      persons who have submitted a timely and valid request for
16   exclusion from the Settlement Class;

17   3.   The Named Plaintiffs and Class Counsel have fairly and adequately represented

18   the interests of the Settlement Class Members at all times in this case and in the related action

19   of *Washington v. Toyota Motor Sales USA, Inc.*;

20   4.   The proposed Class Settlement is the result of arm's length negotiations and is

21   fair, reasonable, and adequate;

22   5.   The form and manner of disseminating class Notice as set forth in this

23   Settlement Agreement and ordered by the Court was accomplished as directed, constituted the

24   best practicable notice under the circumstances, met or exceeded the requirements of due

25   process, and constituted due and sufficient notice to all members of the Settlement Class;

26   6.   The Parties shall effectuate the terms of the Settlement Agreement;

7.      Toyota, as defined in the Settlement Agreement, is hereby released and otherwise discharged from all further liability for the Released Claims to Settlement Class members;

8.      Each of the Settlement Class members and any of their predecessors, successors, representatives, parent companies, subsidiaries, affiliates, heirs, executors, administrators, attorneys, successors, and assignees, are permanently barred from instituting, filing, commencing, prosecuting, maintaining, continuing to prosecute, directly or indirectly, as an individual or collectively, representatively, derivatively, or on behalf of them, or in any other capacity of any kind whatsoever, any action in any state or federal court or any other tribunal, forum, or proceeding of any kind, against Toyota that asserts any of the Released Claims;

9.      This Litigation is DISMISSED WITH PREJUDICE and without costs to any Party, other than as specified in the Settlement Agreement and this Order;

10.     This Judgment is the Final Judgment in the suit as to all Class Member Released Claims.

11.     Without affecting the finality of this Judgment in any way, this Court retains jurisdiction over: (a) implementation of the Settlement and the terms of the Settlement Agreement; (b) distribution of the Class Settlement Amount, the Class Representative Incentive Awards, and the Attorneys' Fees and Costs Amount; and (c) all other proceedings related to the implementation, interpretation, administration, consummation, and enforcement of the terms of the Settlement Agreement and/or the Settlement, and the administration of Claims by Settlement Class Members.

12.     This Court finds that there is no just reason for delay and expressly directs Judgment and immediate entry by the Clerk of the Court.

1    **IT IS SO ORDERED.**

2    DATED this ___2nd___ day of __February_____, 2012.

3

4

5                                        _____
                                         UNITED STATES DISTRICT JUDGE
6

7    Presented by:

8

9    TERRELL MARSHALL DAUDT & WILLIE PLLC

10

     By: /s/ Beth E. Terrell, CSB #178181____
11       Beth E. Terrell, CSB #178181
         Email: bterrell@tmdwlaw.com
12       936 North 34th Street, Suite 400
         Seattle, Washington  98103-8869
13       Telephone:  (206) 816-6603
         Facsimile:  (206) 350-3528
14

15       Michael F. Ram, CSB #104805
         Jeffrey B. Cereghino, CSB #99480
16       Email:  mram@raocklaw.com
         RAM OLSON CEREGHINO & KOPCZYNSKI LLP
17       555 Montgomery Street, Suite 820
         San Francisco, California  94111
18       Telephone:  (415) 433-4949
         Facsimile:  (415) 433-7311
19

20       Steven M. Tindall, CSB #187862
         Email:  steventindall@rhdtlaw.com
21       Angela Perone, CSB #245793
         Email:  angelaperone@rhdtlaw.com
22       RUKIN HYLAND DORIA & TINDALL
         100 Pine Street, Suite 725
23       San Francisco, California  94111
         Telephone:  (415) 421-1800
24       Facsimile:  (415) 421-1700

25

26

[PROPOSED] ORDER OF FINAL JUDGMENT AND
DISMISSAL - 4
CASE NO. C09-05418 RS

1   Jennie L. Anderson, CSB #203586
    Email:  jennie@andrusanderson.com
2   ANDRUS ANDERSON LLP
    155 Montgomery Street, Suite 900
3   San Francisco, California  94104
    Telephone:  (415) 986-1400
4   Facsimile:  (415) 986-1474

5   *Attorneys for Plaintiffs and Plaintiff Class*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

1

2         I, Beth E. Terrell, hereby certify that on February 2, 2012, I electronically filed the

3    foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4    such filing to the following:

5              Frank C. Rothrock
6              Email:  frothrock@shb.com
               Douglas W. Robinson
7              Email:  dwrobinson@shb.com
               Eva M. Weiler
8              Email:  eweiler@shb.com
               SHOOK, HARDY & BACON LLP
9              5 Park Plaza, Suite 1600
               Irvine, California  92614
10             Telephone:  (949) 475-1500
11             Facsimile:  (949) 475-0016

12             Robert Thomas Adams, *Admitted Pro Hac Vice*
               Email:  rtadams@shb.com
13             SHOOK, HARDY & BACON LLP
14             2555 Grand Boulevard
               Kansas City, Missouri  64108
15             Telephone:  (816) 474-6550
               Facsimile:  (816) 421-5547
16

17             *Attorneys for Defendants*

18         DATED this 2nd day of February, 2012.

19                                  TERRELL MARSHALL DAUDT & WILLIE PLLC

20
                            By: /s/  Beth E. Terrell, CSB #178181
21                              Beth E. Terrell, CSB #178181
                                Email: bterrell@tmdwlaw.com
22                              936 North 34th Street, Suite 400
                                Seattle, Washington  98103-8869
23                              Telephone:  (206) 816-6603
                                Facsimile:  (206) 350-3528
24

25                              *Attorneys for Plaintiffs*

26